# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01876-RBJ-KMT

Kim Paterson,

    Plaintiff/Movant,

Fifth Third Bank,

    Defendant.

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

    Kim Paterson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 27, 2017

    Respectfully submitted,

    By __/s/ Jenny DeFrancisco_____

    Jenny DeFrancisco, Esq.
    LEMBERG LAW, L.L.C.
    43 Danbury Road, 3rd Floor
    Wilton, CT 06897
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 27, 2017, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    By */s/ Jenny DeFrancisco*
                                                          Jenny DeFrancisco, Esq.